STATE OF NEW JERSEY v. DANIEL MOBLEY.

June 24, 1980.

Petition for certification is denied without prejudice to defendant's application to the Superior Court, Law Division, for a reconsideration of his sentence pursuant to *R.* 3:21–10.

STATE OF NEW JERSEY v. WADE J. TURNER.

June 24, 1980.

The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed.

TONY E. RANIERE AND MARGARET RANIERE v. I & M INVESTMENTS, INC.

June 24, 1980.

Petition for certification denied. (See 172 *N.J.Super.* 206)